UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THURMAN KING,
    Plaintiff,

v.

CITY OF ROCKFORD;
ROCKFORD DEPARTMENT OF PUBLIC SAFETY;
OFFICER ZACHARY ABBATE (individually); and,
OFFICER JASON BRADLEY (individually),
    Defendants.

Case No. 1:21-cv-259
HON. PAUL L. MALONEY

_____/

| | |
|---|---|
| Stephen R. Drew (P24323) | Michael S. Bogren (P34855) |
| Adam C. Sturdivant (P72285) | Robert A. Callahan (P47600) |
| DREW COOPER & ANDING | Charles L. Bogren (P82824) |
| Attorneys for Plaintiff | PLUNKETT COONEY |
| 80 Ottawa Avenue NW, Suite 200 | Attorneys for Defendants |
| Grand Rapids, Michigan 49503 | 333 Bridge Street NW, Suite 530 |
| Phone: (616) 454-8300 | Grand Rapids, Michigan 49504 |
| E-mail: sdrew@dca-lawyers.com | Phone: (616) 752-4600 |
| E-mail: asturdivant@dca-lawyers.com | E-mail: mbogren@plunkettcooney.com |
| | E-mail: rcallahan@plunkettcooney.com |
| | E-mail: cbogren@plunkettcooney.com |

_____/

## CERTIFICATE OF SERVICE

    I, Stephen R. Drew, certify that I am an attorney with the law firm of DREW COOPER & ANDING, and on December 3, 2021, Plaintiff's **Notice of Taking Video Deposition Duces Tecum of Zachary Abbate Via Remote Videoconferencing; Notice of Taking Video Deposition Duces Tecum of Jason Bradley Via Remote Videoconferencing; Subpoena and Notice of Taking Video Deposition Duces Tecum of Ian Graham Via Remote Videoconferencing; Subpoena and Notice of Taking Video Deposition Duces Tecum of Aaron Sawyer Via Remote Videoconferencing; and, Subpoena and Notice of Taking Video Deposition Duces Tecum of David Robinson Via Remote Videoconferencing** were served via *Electronic Mail* on counsel for Defendants at the email addresses listed above. I declare the above information is true to the best of my knowledge, information, and belief.

Dated: December 3, 2021        By:   /s/ Stephen R. Drew
                                                  Stephen R. Drew (P24323)
                                                  DREW COOPER & ANDING
                                                  Attorneys for Plaintiff
                                                  80 Ottawa Avenue NW, Suite 200
                                                  Grand Rapids, Michigan 49503
                                                  Phone: (616) 454-8300
                                                  E-mail: sdrew@dca-lawyers.com