***Thurman King v. City of Rockford, et al.***

U.S.D.C. Western District of Michigan Case No. 1:21-cv-259
Honorable Jane M. Beckering

**Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment**

# Exhibit 6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


THURMAN KING,

       Plaintiff,

vs.                            Case No. 1:21-cv-259

                                   Hon. Paul L. Maloney

CITY OF ROCKFORD; ROCKFORD

DEPARTMENT OF PUBLIC SAFETY;

OFFICER ZACHARY ABBATE (individually);

and OFFICER JASON BRADLEY (individually),

       Defendants.


VIDEOTAPED DEPOSITION

DEPONENT:    JASON BRADLEY

DATE:        Wednesday, January 5, 2022

TIME:        2:53 p.m. EST

LOCATION:    Via Zoom videoconference

REPORTER:    Elizabeth G. LaBarge, CSR-4467

JOB NO:     17021

Fortz Legal Support
www.FortzLegal.com
844.730.4066



|   |   |   |
|---|---|---|
| 1 |   | wouldn't have made sense to put additional pressure on |
| 2 |   | top of him. |
| 3 | Q | You are indicating, though, under oath, clearly, that at |
| 4 |   | no time did you put your knee on Mr. King's back while |
| 5 |   | he was on the ground; is that correct? |
| 6 | A | Correct. |
| 7 | Q | You did hear him saying on a number of occasions, "I |
| 8 |   | can't breathe"? |
| 9 | A | Yes. |
| 10 | Q | There was someone that said, "If you're talking, you can |
| 11 |   | breathe, buddy," or, "If you're talking, you can |
| 12 |   | breathe, pal," or, "If you're able to talk, you can |
| 13 |   | breathe, buddy," or pal, something along that line.  Was |
| 14 |   | that you that said that? |
| 15 | A | Yes.  I did it in an effort to give him peace of mind, I |
| 16 |   | was trying -- I was trying to ease the situation and |
| 17 |   | essentially give him encouragement, hoping he would hear |
| 18 |   | me and hoping that he would know that it was going to be |
| 19 |   | okay. |
| 20 | Q | You're familiar, I assume now, with the Floyd incident |
| 21 |   | where he was saying, "I can't breathe," and an officer |
| 22 |   | was saying something similar to, "If you can talk, you |
| 23 |   | can breathe," and he died?  I mean, it's been all |
| 24 |   | through the news and papers.  You're generally familiar |
| 25 |   | with that occurring? |

```
 1   State of Michigan         )
 2   County of Oakland         )
 3            Certificate of Notary Public - Court Reporter
 4
 5       I certify that this transcript is a complete, true, and
 6   correct record of the testimony of the witness held in this
 7   case.
 8
 9       I also certify that prior to taking this deposition, the
10   witness was duly sworn or affirmed to tell the truth.
11
12       I further certify that I am not a relative or an
13   employee of or an attorney for a party; and that I am not
14   financially interested, directly or indirectly, in the
15   matter.
16
17       I hereby set my hand this 13th day of January, 2022.
18
19
20
21               Elizabeth G. LaBarge
22               Elizabeth G. LaBarge, CSR-4467
23               Certified Shorthand Reporter
24               Notary Public, Wayne County, Michigan
25
```