***Thurman King v. City of Rockford, et al.***
U.S.D.C. Western District of Michigan Case No. 1:21-cv-259
Honorable Jane M. Beckering

**Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment**

# Exhibit 13

```
 1                      UNITED STATES DISTRICT COURT

 2        FOR THE WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

 3

 4

 5   THURMAN KING,

 6              Plaintiff,

 7        vs                              Case No.:  1:21-cv-00259

 8   CITY OF ROCKFORD, ROCKFORD           HON. PAUL L. MALONEY
     DEPARTMENT OF PUBLIC SAFETY,         MAG. JUDGE SALLY J. BERENS
 9   OFFICER ZACHARY ABBATE, and
     OFFICER JASON BRADLEY,
10
              Defendants.  /
11

12

13

14             DEPOSITION OF DAVID MONTERUSSO,

15                    TAKEN VIA ZOOM

16

17      Taken by the Defendant on Monday, the 3rd of January,

18   2022, at 11:30 a.m., via Zoom in Michigan, before Marjorie A.

19   Covey, CSR-2616, Certified Shorthand Reporter, Registered

20   Professional Reporter, and notary public.

21

22

23

24

25
```

```
 1         (indicating).  I don't really remember what the gesturing
 2         was.
 3                   But I believe the narration to my wife was that,
 4         you know, that the conversation very quickly was escalating.
 5    Q.   You could tell that the conversation was escalating --
 6    A.   Well, you know, when humans start to get worked up, they move
 7         their hands, talk with their hands (indicating).  So it
 8         appeared both parties were both starting to talk to each
 9         other with their hands a little bit.
10    Q.   Now there has been testimony that the officer was telling --
11         was directing Mr. King to stop, as Mr. King was continuing to
12         walk down the driveway.  Did you see anything that would
13         suggest that Mr. King was attempting to walk past the
14         officer?
15                   MR. DREW:  Objection --
16                   THE WITNESS:  Absolutely not.
17                   MR. DREW:  Wait a minute, sir.
18                   Objection as to compound question.  First of all,
19         he said he couldn't hear what was said, so your saying there
20         has been testimony about that is suggesting an answer.
21                   And it's a compound question.
22                   MR. CALLAHAN:  Okay.
23    BY MR. CALLAHAN:
24    Q.   Mr. Monterusso, can you answer, please?
25    A.   Yeah, I just want to make sure that I'm allowed to answer
```

```
 1        this.  Everything is okay here?
 2                MR. DREW:  Yes.  A lot of times we will object for
 3        the record, but there is no judge to rule on it.
 4                THE WITNESS:  Okay, I recall him saying that now.
 5        Right, okay.
 6                So from the way I remember it, the way I narrated
 7        it to my wife, at no point did I see Thurman as walking away
 8        from that police officer.
 9   BY MR. CALLAHAN:
10   Q.   How long were you watching the interaction between Mr. King
11        and the officer before the officer laid hands on Mr. King?
12   A.   So, I would say 30 seconds.  I don't recall for sure.  My
13        adrenaline was going.  I was -- I just felt like what I was
14        watching was wrong.  So it's hard -- I was shaking.  I was
15        upset.
16                So it felt like 30 seconds.  I don't know.
17        Obviously there is now dash cam footage so --
18   Q.   What was it that was making you nervous or upset from
19        watching this?  This was before hands were laid on Mr. King,
20        correct?
21   A.   No.  Well, my emotions started going the second he grabbed
22        Thurman's arm.  At that moment, I just -- I felt there was --
23        I didn't know what had happened to that point, but regardless
24        of what had happened, I didn't feel that there was any
25        de-escalation attempted, you know.  Within 30 seconds my
```

```
 1            CERTIFICATION OF COURT REPORTER AND NOTARY PUBLIC

 2                              _____

 3

 4   STATE OF MICHIGAN   )

 5                       ) SS

 6   COUNTY OF OTTAWA    )

 7

 8            I certify that this transcript, consisting of 33

 9       pages, is a complete, true and correct record of the

10       testimony of DAVID MONTERUSSO held in this case on January 3,

11       2022.

12            I also certify that prior to taking this deposition

13       DAVID MONTERUSSO was duly sworn to tell the truth.

14

15

16       DATE:  January 10, 2022

17       [signature: Marjorie Covey]

18

19       _____
         MARJORIE A. COVEY, RPR
         Michigan License CSR-2616
20       Washington License 20109173
         Oregon License 20-0468
21       Illinois License 084-004911

22

                  Notary Public Expires:  October 14, 2027, Ottawa
23       County, Michigan/Acting in the State of Michigan

24

25
```